THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CONSTANTINE BRIANNIS, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

TRANSATLANTIC RAPID SYSTEM, INC., Appellant, v. PETER M. DECOULOS, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LUISA A. CABALLERO, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant, against WILLIAM S. MILLER et al., Constituting the Tax Commission of the City of New York, et al., Respondents. [56–60 William St., Borough of Manhattan.] — Order unanimously modified by fixing the value of the land involved as follows:

| | |
|---|---|
| 1942–43 | $600,000 |
| 1943–44 | 500,000, |

DOROTHY C. KALISKI, Appellant, v. G. WALLACE CANE, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ. [See *post*, p. 985.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Appellant, against WILLIAM W. MILLS et al., Constituting the Tax Commission of the City of New York, et al., Respondents. [177 Broadway, Borough of Manhattan.] — Order unanimously modified by fixing the value of the land involved as follows:

| | |
|---|---|
| 1939–40 | $280,000 |
| 1940–41 | 280,000 |
| 1941–42 | 270,000 |
| 1942–43 to | |
| 1945–46, inclusive, | 255,000, |

and as so modified affirmed, with $20 costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

HERBERT E. BROWN, Respondent, v. ARCHIE YOUNG, Defendant, and JULIUS BLOCH et al., Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GEORGE RINALDI, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

GUSTAV H. SEELIG, Respondent, v. REX CUTLERY CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.